**In re MARRIAGE OF Helen E. DAVIS and Gary Davis.**

**Helen Davis, Petitioner/Respondent,**

v.

**Gary Davis, Respondent/Appellant.**

**No. ED 84548.**

Missouri Court of Appeals, Eastern District, Division Two.

April 19, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 22, 2005.

Application for Transfer Denied Aug. 30, 2005.

Gary B. Davis, Glencoe, pro se.

Susan K. Roach, The Roach Law Firm, Clayton, MO, for respondent.

Before PATRICIA L. COHEN, P.J., KATHIANNE KNAUP CRANE, J. and ROBERT G. DOWD, JR., J.

*ORDER*

PER CURIAM.

Husband, Gary Davis, appeals from a decree of dissolution of marriage entered after remand. The judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b).